UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENTE LOPEZ,<br><br>                            Petitioner,<br><br>                v.<br><br>RIDDICK,<br><br>                            Respondent. | 25 Civ. 6677 (KPF)<br><br>**ORDER TO ANSWER,<br>28 U.S.C. § 2241** |

KATHERINE POLK FAILLA, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.  The Clerk of Court shall also mail a copy of this Order to Petitioner at the following address: Vincente Lopez, No. 67092060, FCI Otisville, PO Box 1000, Otisville, New York 10963.

Within sixty days of the date of this order, the U.S. Attorney's Office shall answer or otherwise respond to the petition.  Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   September 24, 2025
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge