**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

VINCENTE LOPEZ,

Petitioner,

-against-

ERIK RICKARD, Warden, Federal Correctional Institution, Otisville,

Respondent.

-----------------------------------------------------------X

25 **CIVIL** 6677 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 19, 2026, the Petition is DENIED without prejudice; accordingly, the case is closed.

**DATED:** New York, New York
October 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**